IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH JOHN MALINOWSKI,

    Plaintiff,                              No. Misc. S-09-0014 WBS EFB PS

    vs.

[NONE],

    Defendant.                           <u>ORDER</u>

_____/

      On August 19, 2009, this court directed plaintiff to, within 10 days, either pay the filing fee and a proper complaint, or withdraw this action. Plaintiff was warned that, "Should plaintiff fail to timely file a proper complaint and pay the full filing fee, the Clerk of Court will be directed to close this case." Dckt. No. 34, at 2. In response to this order, plaintiff filed an untitled document challenging the authority of this court, Dckt. No. 35, and a "Notice of Revocation of Power of Attorney," Dckt. No. 36. Plaintiff has neither filed an appropriate complaint nor paid the filing fee, and the time for doing so has expired.

      Accordingly, the Clerk of Court is directed to administratively close this case.

      SO ORDERED.

DATED: October 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE