IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH JOHN MALINOWSKI,

    Plaintiff,                          No. Misc. S-09-0014 WBS EFB PS

    vs.

[NONE],

    Defendant.                        <u>ORDER</u>

/

        This action, in which plaintiff is proceeding *pro se*, was referred to the undersigned by Eastern District of California Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On August 19, 2009, this court directed plaintiff to either pay the filing fee and a proper complaint, or withdraw this action. Dckt. No. 34. The order admonished plaintiff that, "[s]hould plaintiff fail to timely file a proper complaint and pay the full filing fee, the Clerk of Court will be directed to close this case." *Id.* In response to the order, plaintiff filed an untitled document challenging the authority of this court, Dckt. No. 35, and a "Notice of Revocation of Power of Attorney," Dckt. No. 36, but did not file an appropriate complaint or pay the filing fee. Accordingly, on October 6, 2009, the Clerk of Court was directed to administratively close this case. Dckt. No. 37.

////

1    Notwithstanding the case closure, plaintiff has continued to file multiple documents in
2 this action, none of which constitutes a proper request for reconsideration or appeal of the
3 October 6, 2009 order.  *See* Dckt. Nos. 38-46.  Therefore, those documents will be disregarded.
4 Plaintiff is advised that the court will disregard and issue no response to any future filings in this
5 closed case.
6    SO ORDERED.
7 DATED:  June 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE