UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KENNETH JOHN MALINOWSKI,

    Plaintiff,

vs.

UNKNOWN,

    Defendants.
_____/

MISC. NO. 2:09-14 WBS EFB

<u>RELATED CASE ORDER</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH JOHN MALINOWSKI,

    Defendant.
_____/

CIV. NO. 2:10-2362 WBS JFM

----oo0oo----

    Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a)(2) because they involve the same U.C.C. Financing Statement.  Although the undersigned is the assigned judge for both cases, different magistrate judges are assigned and the

magistrate judge in the earlier case reviewed the documents and issued several orders.  Accordingly, the assignment of the matters to the same magistrate judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>Malinowski v, Unknown</u>, Misc. No.  2:09-14 WBS EFB, and <u>United States v. Malinowski</u>, 2:10-2362 WBS JFM be, and the same hereby are, deemed related and the case denominated <u>United States v. Malinowski</u>, Civ. No. 2:10-2362 WBS JFM be shall remain with the undersigned and be reassigned to Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>United States v. Malinowski</u>, Civ. No. 2:10-2362 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  September 16, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE